UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC,<br><br>Plaintiff,<br>v.<br><br>PK LEASING, LLC a/k/a P & K Equipment Leasing, LLC, ARCTIC FREIGHT LLC a/k/a Arctic Freight Truck and Trailer, LLC, and PENNY HANSON,<br><br>Defendants. | Case No. 23-CV-599 |

**DISCLOSURE OF CORPORATE AFFILIATIONS**
**AND FINANCIAL INTEREST**

I, the undersigned counsel of record for PNC BANK, NATIONAL ASSOCIATION, successor by merger to PNC EQUIPMENT FINANCE, LLC, make the following disclosure:

PNC Bank is a national banking association and is an indirect subsidiary of The PNC Financial Services Group, Inc.  The PNC Financial Services Group, Inc. is a financial holding company trading under the symbol "PNC" on the New York Stock Exchange.

Dated this 28th day of August, 2023.

By: */s/ Sam Wayne*_____
Sam Wayne, SBN 1074341
Attorneys for Plaintiff
NEIDER & BOUCHER, S.C.
401 Charmany Drive, Suite 310
Madison, WI 53719
Telephone: (608) 441-2523
Fax: (608) 661-4510
swayne@neiderboucher.com